L. N. JACKSON & COMPANY, INC., Appellant, *v.* SEAS SHIPPING COMPANY, INC., Respondent.

Argued June 10, 1946; decided July 23, 1946.

530

*Copal Mintz* for appellant.
*Paul L. Murphy* and *Frank V. Barns* for respondent.

Judgment affirmed, with costs; no opinion. [See 296 N. Y. 635.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.